UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER LEE MOHS, | |
| Plaintiff, | Case No. C23-5380-BHS-SKV |
| v. | |
| PIERCE COUNTY JUDICIAL SYSTEM, | REPORT AND RECOMMENDATION |
| Defendant. | |

This is a civil rights action proceeding under 42 U.S.C. § 1983. On April 27, 2023, Plaintiff submitted to this Court for filing a civil rights complaint in which he alleged claims related to his ongoing criminal proceedings in Pierce County Superior Court. *See* Dkt. 1. Plaintiff failed to submit with his complaint either the requisite filing fee or an application to proceed with this action *in forma pauperis* ("IFP"). Thus, on April 28, 2023, the Clerk sent Plaintiff a letter advising him that his submission was deficient because he failed to meet the filing fee requirement and explaining that he would have to either pay the filing fee or submit an IFP application by May 30, 2023, or risk dismissal of this action. Dkt. 3. The letter, which was mailed to Plaintiff at his address of record, the Pierce County Jail, was returned to the Court on

May 10, 2023, with a notation indicating that Plaintiff was no longer there. Dkt. 4. To date, Plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to Local Civil Rule ("LCR") 41(b)(2), for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 11, 2023**.

DATED this 18th day of July, 2023.

*Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge