UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER LEE MOHS,

        Plaintiff,

v.

PIERCE COUNTY JUDICIAL SYSTEM,

        Defendant.

CASE NO. C23-5380 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable S. Kate Vaughan, Dkt. 5. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    This action is **DISMISSED without prejudice** for failure to prosecute; and

(3)    The Clerk shall enter **JUDGMENT** and close this case.

//

//

ORDER - 1

1   Dated this 7th day of September, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2